# COPY

| | |
|---|---|
| NAME:<br><br>STEVEN BUCKSON<br>ADDRESS: U.S.P. Lewisburg<br>P.O. Box 1000<br>Lewisburg, P.A. 17837 | FILED<br>SCRANTON<br><br>MAY 2 9 2001<br><br>PER _____<br>DEPUTY CLERK |

or PLACE OF CONFINEMENT & PRISON NUMBER

*Note:* If represented by an attorney, his name, address & telephone number

*Note:* It is your responsibility to notify the Clerk of the Court, in writing of any change of address

## 1 : CV 01 0935

## *United States District Court*

| | |
|---|---|
| STEVEN J. BUCKSON<br>FULL NAME: (Include name under which you were convicted)<br><br>*Petitioner,* | CASE NO: F10993-88E<br>(To be supplied by the clerk of<br>the United States District Court) |
| vs.<br>U.S. Parole Commission<br><br>Don Romine<br>NAME OF WARDEN (or other authorized person having custody<br>of petitioner)<br><br>*Respondent.* | PETITION FOR WRIT OF HABEAS CORPUS<br>BY A PERSON IN FEDERAL CUSTODY<br>28 U.S.C. § 2241 |

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, signed by the petitioner, under penalty of perjury. You must set-forth *CONCISELY* the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this except that *ONE* separate additional page is permitted in answering Question No. 9.

Upon receipt of a fee of $5.00, you petition will be filed if it is in proper order.

If you are seeking leave to proceed in forma pauperis (without paying the $5.00 fee and other court costs), then you must also execute the declaration on the last page, setting forth information which establishes your inability to pay the fees and cost of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If you prison account exceed $25.00, you must pay the filing fee as required by the rule of the district cour .

When the petition is completed, the *original and two copies* must be mailed to the Clerk of the United States District Court for the

Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

Petitions which do not conform to these instruction will be returned with a notation as to the deficiency.

PLEASE COMPLETE THE FOLLOWING: (check appropriate number)

This petition concerns:

1. ☐ a conviction
2. ☐ a sentence
3. ☐ jail or prison conditions
4. ☐ prison discipline
5. ☑ a parole problem
6. ☑ other

Concerning, The Revitalization Act of 1997 and D.C. Code 24-209, and Violation of the Ex post Facto.

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

# PETITION

1.  Place of confinement _Lewisburg Penitary / Federal Institute_

2.  Name and location of court which imposed sentence _D. C. Superior Court_ _Washington D.C._

3.  The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:
    (a) _Kidnapping Non - Mandatory 15 To Life_
    (b) _____
    (c) _____

4.  The date upon which sentence was imposed and the terms of the sentence:
    (a) _6 - 8 - 89, Non - Mandatory_
    (b) _____
    (c) _____

5.  Check whether a finding of guilt was made:
    (a)  ☑ After a plea of guilty
    (b)  ☐ After a plea of not guilty
    (c)  ☐ After a plea of nolo contendere

6.  If you were found guilty after a plea of not guilty, check whether that finding was made by:
    (a)  ☐ a jury
    (b)  ☐ a judge without jury

7.  Did you appeal from the judgment of conviction or the imposition of sentence?
    ☑ Yes      ☐ No

8.  If you did appeal, give the following information for each appeal:
    (a)(1)  Name of Court _D. C. Superior Court of appeals_
    (2)  Result _denied_
    (3)  Date of Result _1993_
    (4)  Citation or number of opinion _Unknown_

---

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

(5) Grounds Raised *(list each)* __23-110, Motion of inefficiate Counsel__,

    (A) _____

    (B) _____

    (C) _____

    (D) _____

(b)(1) Name of Court __D.C. Superior Court__

    (2) Result __denied__

    (3) Date of result __1991__

    (4) Citation or number opinion __Unknown at this time!__

    (5) Grounds raised (list each)

        (A) __Withdrawn of Guilty Plea / Ineffective Counsel!__

        (B) _____

        (C) _____

        (D) _____

CAUTION: If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered judgment.

9.    State *CONCISELY* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, attach a SINGLE page only behind this page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional ground at a later date.

(a)    Ground One __See attached Motion!__

    Supporting *FACTS* (tell your story *BRIEFLY* without citing cases or law).

CAUTION: You must state *facts not conclusions* in support of your grounds. A rule of thumb to follow is - who did exactly what to violate your rights at what time or place.

__See attached Motion!__

_____

_____

_____

_____

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

(b)     Ground Two _____

_____

Supporting *FACTS* (Tell your story *BRIEFLY* without citing cases or law).

_____

_____

_____

_____

_____

_____

(c)     Ground Three_____

_____

Supporting *FACTS* (Tell your story *BRIEFLY* without citing cases or law).

_____

_____

_____

_____

_____

_____

(d)     Ground Four'_____

_____

Supporting *FACTS* (Tell your story *BRIEFLY* without citing cases or law).

_____

_____

_____

_____

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

10. Have you ever filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction?
☐ Yes    ☑ No

11. If your answer to Question No. 10 was yes, give the following information:

(a)(1) Name of Court _____

(2) Nature of proceedings _____

(3) Grounds raised _____

_____

_____

(4) Result _____

(5) Date of Result _____

(6) Citation or numbers of any written opinions or orders entered pursuant to each disposition.

_____

(b)(1) Name of Court _____

(2) Nature of proceedings _____

(3) Grounds raised _____

_____

_____

(4) Result _____

(5) Date of Result _____

(6) Citation or numbers of any written opinions or orders entered pursuant to each disposition.

_____

12. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention.

I never got an answer ! I filed an complaint Under Writ of Habeas Corpus 42 U.S.C. 1983 in February, 2000. In the United States District Court in Washington D.C.

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

13.   Are you presently represented by counsel? ☐ Yes        ☑ No

If so, name, address and telephone number _____

Case name and court _____

14.   If you are seeking leave to proceed in *forma pauperis*, have you completed the declaration setting forth the required information?

☑ Yes        ☐ No,

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney *(if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____ May 20, 2001 _____
*(date)*

_____
Signature of Petitioner

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


STEVEN BUCKSON,                 )
                PETITIONER.     )              DOCKET.NO#_____
                                )
                                )
-vs-                            )
                                )
                                )
DON ROMINE, WARDEN.             )
U.S. PAROLE COMMISSION.         )
                 RESPONDENTS.   )

---

PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN FEDERAL CUSTODY
28 U.S.C. §2241

---

Now Comes Petitioner Steven Buckson, and do by motion this
Honorable Court for Summary judgment in favor of the petitioner
as of now petitioner's rights has been violated under Ex Post
Facto doctrine and Article I § 10 of the United States Constitu-
tion.

## STATEMENT OF CASE.

In referance of this motion, this is concerning the matter
of the Revitalization Act of 1997. Petitioner has been incarcera-
ted since 1988 and sentence under the old D.C. Code Offender
Department Order § 4340.2 §24-209. Petitioner's sentence is an
none-mandatory 15 to life sentence. Petitioner is not a federal
prisoner, he is only housed in the federal system serving the
continuence of his minimum sentence.

-1-

After Petitioner's parole hearing on September 21, 1998.
He was placed under the New Revitalization Act of 1997. By the
United States Parole Commission using this New Revitalization
Act of 1997, on the Petitioner allowed the parole commission to
give the petitioner a continuence after serving 60 months. Which
is an harsher penalty than petitioner's old law guidelines. In
addition to the stated under the D.C. Parole guidelines § 24-209
(A), Petitioner is obligated to have an reconsideration hearing
every 24-months to determine a release date. (See... Legislator
history: 1134). Petitioner was scheldule in May 7, 2001 to have
an reconsideration hearing, But due to the New Revitalization Act
of 1997, has an another subpart that was just handed down in May
7, 2001, restricted the petitioner from receiving a reconsidera-
tion hearing.

## ARGUMENT I.

**WHETHER PETITIONER'S DUE-PROCESS OF LAW WAS DENIED
WHEN THE UNITED STATES PAROLE COMMISSION PLACED
THE PETITIONER UNDER THE NEW REVITLIZATION ACT OF
1997. WHICH SUBJECTED THE PETITIONER TO AN HARSHER
PAROLE GUIDLINE RANGE AND VIOLTED THE LAW OF EX-
POST-FACTO.**

According to the D.C. Code 24-204. and Cosgrove v. Similarity
In Guidelines, Johnson v. Willifard, 821 F. 2d 1279, 1285 (7th Cir.
1987), Cosgrove v. Smith, 697 F.2d 1125, 1133 (D.C. Cir. 1983).This
is a clear violation of ex-post-facto, for the parole commission
to place petitioner under the New Revitalization Act of 1997, when
petitioner's offense was convicted on or about 1988. This law is
only to be applied to defendants thats convicted on or after August

-2-

5, 1998. See the conclusion of <u>Cosgrove</u> v. <u>Thornburgh</u>, 703 F.Supp. 995 (D.D.C 1988), Congress intended in enacting § 24-209, that all of the laws and regulations applied by the D.C. Board of parole be utilized by the United States Parole Commission as well. Moreover, D.C. Circuit has held that parole guidelines have the face of law and thus are part of the power of authority vested in the D.c. Parole Board and granted to the United Stated Parole Commission pursuant to § 24-209.6 accordingly, they must be applied to D.C. Code affenders incarcerated in the federal system.

For all the foregoing raesons stated above petitioner hereby request this Honorable court find by the United States Parole Commission placing petitioner under the New Revitalization Act law, which subjected him to a harsher guidlen range than the old D.C. Code Offender Law, violtaed "ex-post-facto" law and Article I §10 of the United States Constitution.

Petitioner swears under penalty of perjury that of the information contained within this motion is true and corect to the best of his knowledge and belief.

RESPECTFULLY SUBMITTED

*Steven Buckson*

MR. STEVEN BUCKSON,PRO-SE.
REG.NO# 00575-007

-3-

# CERTIFICATE OF SERVICE

I, STEVEN BUCKSON, PETITIONER.    , hereby certify, under the penalty of

perjury, that I have mailed a true copy of the foregoing document(s) to those

listed below at the address listed with the proper amount of first class post-

age prepaid by placing same in the institutional legal mailbox at the United

States Penitentiary at Lewisburg, Pennsylvania this _21_ day of

_May_ , _2001_

This same day I have mailed in the same way an original and _2_ copies of

the foregoing documents(s) to the Clerk of the Court.

CC:
UNITED STATES PAROLE COMMISSION.

RESPECTFULLY SUBMITTED

_Steven Buckson_
MR. STEVEN BUCKSON, PRO-SE
REG.NO# 00575-007
U.S.P. LEWISBURG.
POST OFFICE BOX 1000
LEWISBURG, PA. 17837.

-4-