③
6/26/01
MT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN BUCKSON,** | : | CIVIL ACTION NO. 1:CV-01-0935 |
| Petitioner | : | |
| v. | : | |
| **U.S. PAROLE COMMISSION,** et al., | : | (Judge Rambo) |
| Respondents | : | |

ORDER

**FILED**
HARRISBURG, PA

JUN 2 6 2001

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

**IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to serve a copy of the petition on the respondents and the United States Attorney.

2. Within 20 days of the date of this order, respondents shall file a response to the petition.

3. A determination whether the petitioner should be produced for a hearing will be held in abeyance pending the filing of a response.

4. Petitioner may file a reply to the response within 15 days of its filing.

_____
SYLVIA H. RAMBO
United States District Judge

Dated: June 26, 2001.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

USPC

7000 0520 0023 0166 1896

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Marty Carlson, AUSA

7000 0520 0023 0164 7937

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

John Ashcroft, USA

7000 0520 0023 0166 1902

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Ronald Ranine, Warden

7000 0520 0023 0166 1889

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                       June 26, 2001


Re:  1:01-cv-00935     Buckson v. U.S. Parole Comm.



True and correct copies of the attached were mailed by the clerk
to the following:


     Steven J. Buckson
     USP-LEWISBURG
     #00575-007
     P. O. Box 1000
     Lewisburg, PA   17837




cc:
Judge                         (X )          (X ) Pro Se Law Clerk
Magistrate Judge              ( )           ( ) INS
U.S. Marshal                  ( )           ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )  with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           (X ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen   (X )  PA Atty Gen ( )
                                        DA of County  ( )   Respondents (X )
Bankruptcy Court              ( )
Other_____      ( )
                                                MARY E. D'ANDREA, Clerk


DATE: June 26th, 2001                BY: _____
                                             Deputy Clerk
```