(1)

COPY



...I Court, Middle District of Pennsyl[vania]
Avenue. P.O. Box 1148 Scranton, P.A. [...]

...e in the amount of $5.00 / For Ci[vil...]

) 575-007 U.S.P. Lewisburg P.A[...]
?.A. 17837

FILED
SCRANTON
JUN 28 2001
_____
DEPUTY CLERK

...tter is my filing Fee of the amo[unt...]
...ase 1:CV-01-0935.

I apologize for the delay!

Thank You sincerely!

Steven Buckson
#00575-007