**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Donald Romine, Warden
   U.S. Penitentiary at Lewisburg
   P.O. Box 1000
   Lewisburg, PA. 17837

2. Article Number (Copy from service label)
   7000 0520 0023 0166 1889

PS Form 3811

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): G APCleggS
B. Date of Delivery: 6-27-01
C. Signature: X [signature]  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   USPC
   Park Place 5550
   Friendship Place
   Bethesda, MD. 20005

2. Article Number (Copy from service label)
   7000 0520 0023 0166 1896

PS Form 3811, July 1999   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Charles W[...]
B. Date of Delivery: 6-29-01
C. Signature: X [signature]  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☒ Yes

---

FILED
HARRISBURG

JUL 1 2 2001

MARY E. D'ANDREA, CL
Per_____
DEPUTY CLERK

Show Ca
ond
6/25/0

1-01-cv-935