

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEVEN BUCKSON,** | CIVIL NO. 1:CV-01-0935 |
| Petitioner | |
| v. | |
| **U.S. PAROLE COMMISSION, et al.,** | (Judge Rambo) |
| Respondents | |

FILED
HARRISBURG, PA
AUG 0 8 2001
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

<u>O R D E R</u>

For the reasons set forth in the foregoing memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DENIED**.

2. The Clerk of Court is directed to close the case.

3. Based on the Court's decision herein, there is no basis for the issuance of a certificate of appealability.

SYLVIA H. RAMBO
United States District Judge

Dated: August 8, 2001.

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                       August 8, 2001


Re:  1:01-cv-00935    Buckson v. U.S. Parole Comm.



True and correct copies of the attached were mailed by the clerk
to the following:


        Steven J. Buckson
        USP-LEWISBURG
        #00575-007
        P. O. Box 1000
        Lewisburg, PA  17837

        Kate L. Mershimer, Esq.
        Martin Carlson
        United States Attorney
        228 Walnut Street
        Second Floor
        Harrisburg, PA  17108




cc:
Judge                         (X )              (X ) Pro Se Law Clerk
Magistrate Judge              ( )               (  ) INS
U.S. Marshal                  ( )               (  ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 (X )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to:  US Atty Gen  ( )   PA Atty Gen ( )
                                       DA of County ( )   Respondents ( )
Bankruptcy Court              ( )
Other_____ ( )
                                                  MARY E. D'ANDREA, Clerk
```

DATE: August 8th, 2001                                     BY: _____
                                                                Deputy Clerk