| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery<br>[DEPARTMENT OF JUSTICE stamp, JUL 2 2001]<br>C. Signature<br>X   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>[signature] SUPERVISOR |
| 1. Article Addressed to:<br><br>U.S. Attorney General, John Ashcroft<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington D.C. 20530-0001 | Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)<br>7000 0520 0023 0166 1902 | |
| PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952 | |

**FILED**
**HARRISBURG**

NOV 0 1 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

1-CV-01-935

6/26/01
Show cause